**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED BY _____ ҉ _____ D.C.

05 MAR 30 AM 8: 07

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

CLERK, U.S. DIST. CT.
W. D. OF TN — Deputy-in-Charge
MEMPHIS
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
### Before Judge J. Daniel Breen, United States District Judge

March 29, 2005

RE:    2:04cr20435-B
       *USA v. WESLEY DAVIS (b)*

Dear Sir/Madam:

A **CHANGE OF PLEA HEARING** has been **SET** before **Judge J. Daniel Breen** on **TUESDAY, APRIL 26, 2005** at **1:30 P.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY:  *Elchlepp*
Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20435 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
314 Poplar Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT