FILED BY ____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 MAY -9  PM 12: 07
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CR. NO. 04-20435 -B |
| | ) | |
| | ) | |
| WESLEY DAVIS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

---

## ORDER GRANTING MOTION TO CONTINUE CHANGE OF PLEA HEARING

---

IT APPEARING TO THIS COURT THAT upon the filed motion of the United States,

and upon the entire record in this matter, that the motion to continue the change of plea hearing,

set for May 9, 2005 is well-taken, and should be granted.

IT IS SO ORDERED

APPROVED:

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-9-05

35

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20435 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT