PS 8
(8/88)

# United States District Court
## for
## Western District of Tennessee

**U.S.A. vs. Wesley Davis**                    Docket No. 04-20435-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Stephanie K. Denton presenting an official report upon the conduct of Defendant Davis who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, on the 1st day of November, 2004, under the following conditions:

1) Report as directed to Pretrial Services, 2) Travel restricted to the WD/TN, 3) Refrain from possessing a firearm, destructive device, or other dangerous weapons, 4) Refrain from any use or unlawful possession of a narcotic drug or other controlled substances, 5) Submit to any method of drug testing required by Pretrial Services, 6) Participate in a program of drug treatment if deemed advisable by Pretrial Services, and 8) The defendant is to report on a daily basis to Detective Tony Parks and/or Detective Pike.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached page.

ORDER OF COURT

Considered and ordered this 13 day of June, 2005 and ordered files and made a part of the records in the above case.

U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2005

Stephanie K. Denton
U.S. Pretrial Services Officer

Place    Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05




PS8- Page 2

A violation report was submitted to Your Honor on December 14, 2005. In addition, a petition was completed on February 10, 2005 regarding the defendant's continued drug use and failure to submit drug screens as directed. Since the defendant's release on February 10, 2005, Defendant Davis has not complied with the following condition of pretrial release:

### The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

On May 31, 2005, the defendant was charged with the following offenses in Memphis, TN: 1) Possession of Cocaine with Intent to Manufacture/Sell/Deliver, 2) Possession of Marijuana with Intent to Manufacture/Deliver/Sell, 3) thru 6) Possession of Controlled Substance with Intent to Manufacture/Deliver/Sell, and 7) Possession of Drug Paraphernalia.

According to the Shelby County Affidavit of Complaint, officers received information that a male known as "Pooh" was storing and selling cocaine and marijuana from the address of 3430 Woodhollow and 3438 Woodhollow, Memphis, TN. Two digital scales, 63.8 grams of crack cocaine, 31 grams of powder cocaine, 145.4 grams of marijuana, 37 Dilaudid pills, 56 Ecstacy pills, 28 Xanex pills, 9.5 grams of crushed Xanex, 119 Hydrocodone pills, and 9 Amitriptyline pills were located in the northeast bedroom closet of 3430 Woodhollow, Memphis, TN. One digital scale and 338.5 grams of marijuana were also allegedly found inside the kitchen cabinet. Defendant Davis advised officers that some people called him "Pooh".

The affidavit further states that the residence located at 3438 Woodhollow in Memphis was also searched by officers. One glass cooking tube and 2.8 grams of marijuana were found at this residence.

Bond is set at $1,000,000 and his next report date is set for June 9, 2005.

PRAYING THAT THE COURT WILL ORDER ISSUANCE OF A WARRANT CHARGING THE DEFENDANT WITH VIOLATING THE CONDITIONS OF PRETRIAL RELEASE.

BOND RECOMMENDATION: NONE


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20435 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT