IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 AM 11: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Cr. No.: 04-20435 B |
| | ) | |
| WESLEY DAVIS | ) | |
| | ) | |
| Defendant | ) | |

## ORDER GRANTING CONTINUANCE

This cause was scheduled for sentencing on August 25, 2005. Defense counsel requested a continuance for 90 days, in order to allow the Defendant time to dispose of certain State court matters still pending and allow the Plaintiff time to prepare anticipated additional pleadings.

Defendant's motion is hereby GRANTED.

Defendant's sentencing hearing is therefore scheduled for December 1st 2005, at 9:00 a.m.

**IT IS SO OEDERED** this 25 day of August, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-26-05

(46)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20435 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT