# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 30   AM 12: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No.    04-20435 B |
| | * | |
| WESLEY DAVIS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER CONTINUING SENTENCING

Upon Motion of the United States and for good cause shown, the sentencing hearing for

Wesley Davis is hereby continued until further order of this court.

Ordered this 30ᵗʰ day of November 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-30-05_

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in
case 2:04-CR-20435 was distributed by fax, mail, or direct printing on
November 30, 2005 to the parties listed.

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT